IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
RONALD HALL,                          :
        Plaintiff                     :
     v.                               : Case No. 3:09-cv-244-KRG-KAP
FRAZIER BLAKE, FB UNIT MANAGER,       :
S.C.I. HOUTZDALE, and                 :
CORRECTIONS OFFICER SMITH,            :
        Defendants                    :
```

### Report and Recommendation

#### Recommendation

Petitioner's motion for reconsideration, docket no. 7, should be denied.

#### Report

Petitioner's complaint was referred to me, and after screening under 28 U.S.C.§ 1915A I filed a Report and Recommendation on September 14, 2009, which the Court adopted on October 1, 2009. The Court dismissed the complaint without prejudice to plaintiff proceeding on any negligence claim in state court. Plaintiff's timely motion to reconsider asserts no new facts and provides no reason why that judgment should be altered.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties are given notice that they have ten days to serve and file written objections to this Report and Recommendation.

DATE: October 30, 2009

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Ronald Hall EW-7823
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000