```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

RONALD HALL,                          :
    Plaintiff                     :
    v.                            :Case No. 3:09-cv-244-KRG-KAP
FRAZIER BLAKE, FB UNIT MANAGER,       :
S.C.I. HOUTZDALE, and                 :
CORRECTIONS OFFICER SMITH,            :
    Defendants                    :

<u>MEMORANDUM ORDER</u>

       The plaintiff's motion to alter or amend the judgment, docket no. 7, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3). The Magistrate Judge filed a Report and Recommendation on October 30, 2009, docket no. 8, recommending that the motion be denied.

       The plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to serve and file written objections to the Report and Recommendation. Plaintiff filed a premature notice of appeal, docket no. 9, and objections, docket no. 10, which contain argument but no allegations of fact justifying reconsideration of the judgment in this matter.

       Upon <u>de novo</u> review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 4th day of December 2009, it is

ORDERED that plaintiff's motion to alter or amend the judgment, docket no. 7, is denied.

BY THE COURT:

*Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

> Ronald Hall EW-7823
> S.C.I. Houtzdale
> P.O. Box 1000
> Houtzdale, PA 16698-1000

2